IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES MUHAMMAD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-1369-P |
| | ) | ECF |
| LOUISIANA COSHATTA, | ) | |
|     Defendant. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES Plaintiff's motions for protective order and for leave to proceed *in forma pauperis* (Docket # 2 and #3).

SO ORDERED this 8th day of December 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE